UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SANDRA MORRIS,

                Plaintiff,         22-cv-5618 (JGK)

     - against -             ORDER

RICHMOND COMMUNITY SERVICES
FOUNDATION, INC.,

                Defendant.
_____

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 13, 2022.

SO ORDERED.
Dated:    New York, New York
         August 26, 2022

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                             United States District Judge