UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA MORRIS,

                Plaintiff,

     - against -

RICHMOND COMMUNITY SERVICES
FOUNDATION, INC.,

                Defendant.

22-cv-5618 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference scheduled for September 21, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
          September 15, 2022

                                              John G. Koeltl
                                       United States District Judge